NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLOS R. DELVALLE,**
*Petitioner,*

**v.**

**MERIT SYSTEM PROTECTION BOARD,**
*Respondent,*

**AND**

**UNITED STATES POSTAL SERVICE,**
*Inttervenor.*

---

2014-3118

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-14-0066-I-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service (USPS) moves to reform the caption to name the Merit Systems Protection Board (Board) as respondent and USPS as intervenor. USPS also moves for a 21-day extension of time from the

2                                        DELVALLE v. MSPB

date of filing of this order for the respondent and intervenor to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The revised official caption is reflected above.

(2)  The Board and USPS's informal response briefs are due within 21 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27